Larry D. Simons, CLS-B (CA Bar No. 179239)
*larry@lsimonslaw.com*
Frank X. Ruggier, CLS-B (CA Bar No. 198863)
*frank@lsimonslaw.com*
**LAW OFFICES OF LARRY D. SIMONS**
15545 Devonshire Street, Suite 110
Mission Hills, California 91101
Telephone: 818.672.1778
Facsimile: 626.389.5607

Attorneys for Nancy J. Zamora, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>HAYDE RODRIGUEZ BARAHONA,<br><br>Debtor. | Case No. 1:19-bk-12517-VK<br><br>Chapter 7<br><br>**SUPPLEMENT TO TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY BETWEEN NANCY J. ZAMORA, CHAPTER 7 TRUSTEE AND DEBTOR HAYDE RODRIGUEZ BARAHOA**<br><br>[Fed. R. Bankr. P. 9019 and Local Bankr. R. 9013-1(o)(2)]<br><br>(No Hearing Required) |

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND HER COUNSEL OF RECORD AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Nancy J. Zamora, the duly qualified, appointed and acting Chapter 7 Trustee ("Trustee") of the bankruptcy estate (the "Estate") of Hayde Rodriguez Barahona ("Debtor"), hereby files a Supplement (the "Supplement") to her Motion for an Order approving a compromise of controversy reached with Debtor, regarding the claims in Trustee's Complaint filed in Adversary Proceeding No. 1:20-ap-01016-VK (the "Adversary Proceeding") and the Estate's interest in the real property located at 8435 Burnet Avenue, Unit 203, North Hills, California 91343 (the "Property") and Debtor's Vehicle and Tax Refunds (the "Motion").

1

The Trustee's Motion is based upon this Supplement, and also the Notice of Motion and the Motion (including the attached memorandum of points and authorities and the declaration in support thereof) previously filed with the Court and served.

**PLEASE TAKE FURTHER NOTICE** that if a party is interested in receiving a copy of the Motion and/or Settlement Agreement, they should submit a written request to the counsel for the Chapter 7 Trustee: Law Offices of Larry D. Simons, Attn: Frank X. Ruggier, 15545 Devonshire Street, Suite 110, Mission Hills, CA 91345, (818) 672-1778.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice/Supplement, plus an additional 3 days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). The opposition must be served upon the Trustee's counsel, whose address appears in the upper left corner of the first page of this notice of the Motion. No hearing will be held if no opposition is received.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Loc. Bankr. R. 9013-1(h), responses not timely filed and served may be deemed by the Court to be consent to the granting of the Motion.

Dated: April 3, 2020

LAW OFFICES OF LARRY D. SIMONS

_____
Frank X. Ruggier
Attorneys for Nancy J. Zamora, Chapter 7 Trustee

## SUPPLEMENT TO MOTION FOR ORDER APPROVING COMPROMISE

Nancy J. Zamora, the duly qualified, appointed and acting Chapter 7 Trustee ("Trustee") of the bankruptcy estate (the "Estate") of Hayde Rodriguez Barahona ("Debtor"), has moved this court for an Order approving a compromise of controversy reached with Debtor resolving the issues concerning Trustee's Complaint and the Estate's interest in the Property, the Vehicle and the Tax Refunds.[1] The proposed settlement provides that Debtor will pay Trustee the sum of $37,000.00 (the "Settlement Amount"). The aggregate amount of Debtor's Tax Refunds, $5,087.10, has been turned over to Trustee in partial payment of the Settlement Amount. The remaining $31,912.90 of the Settlement Amount shall be paid by Debtor in thirty-one (31) equal monthly installments of $1,000.00 commencing in March 15, 2020 and a final, thirty-second, monthly installment of $912.90 (the "Payments"). In the event of default, Trustee has the right to retain any of the Settlement Amount received and commence with administration and liquidation of the Property. Trustee anticipates that the Settlement Amount will allow her to provide a significant distribution to all allowed unsecured claims of the Estate.

The compromise reached by Trustee and Debtor has been reduced to a written settlement agreement (the "Settlement Agreement"), a true and correct copy of which is attached to the Motion as Exhibit "1." In sum, the Settlement Agreement, which is subject to Bankruptcy Court approval upon notice to creditors, resolves the pending dispute concerning the Trustee's claims in Trustee's Complaint and the Estate's interest in the Property, the Vehicle and the Tax Refunds, and imbues the estate with a valuable asset.

### Additional Relief Sought

On February 7, 2020, Trustee filed an application to employ Rodeo Realty, Inc. (the "Broker") as her Broker to list and market the Property. On April 2, 2020, the Court entered an order approving the Broker's employment effective as of February 7, 2020. Upon the filing of the application to employ Broker, the Broker marketed the Property.

---

[1] The capitalized terms used herein have the meaning ascribed to them in the Motion unless otherwise defined herein.

After seeking employment of the Broker and the Broker having marketed the Property, the Debtor made a settlement offer to resolve the issues concerning, among other things, the Estate's interest in the Property and to avoid the sale of the Property.

Accordingly and by way of this Supplement, Trustee seeks approval to pay the Broker $1,860 as commission for Broker's efforts marketing the Property, assisting Trustee with obtaining a settlement offer from Debtor and adding value to the Estate. The proposed commission to be paid to the Broker is based upon 6% of the Settlement Amount attributable to the Property, $31,000.00.

Dated: April 3, 2020

LAW OFFICES OF LARRY D. SIMONS

_____
Frank X. Ruggier
Attorneys for Nancy J. Zamora, Chapter 7 Trustee

# DECLARATION OF NANCY J. ZAMORA

I, Nancy J. Zamora, declare:

1. I am the duly appointed, qualified and acting chapter 7 trustee ("Trustee") of the bankruptcy estate (the "Estate") of Hayde Rodriguez Barahona ("Debtor"). I have personal knowledge, information or belief of the facts set forth below, and, if called as a witness, could and would competently testify thereto under oath.

2. This declaration is made in support of the attached Supplement (the "Supplement") to my Motion for an Order approving a compromise of controversy reached with Debtor, regarding the claims in my Complaint filed in Adversary Proceeding No. 1:20-ap-01016-VK (the "Adversary Proceeding") and the Estate's interest in the real property located at 8435 Burnet Avenue, Unit 203, North Hills, California 91343 (the "Property") and Debtor's Vehicle and Tax Refunds (the "Motion").[2]

3. The proposed settlement provides that Debtor will pay the Estate the sum of $37,000.00 (the "Settlement Amount"). The aggregate amount of Debtor's Tax Refunds, $5,087.10, has been turned over to me in partial payment of the Settlement Amount. The remaining $31,912.90 of the Settlement Amount shall be paid by Debtor in thirty-one (31) equal monthly installments of $1,000.00 commencing in March 15, 2020 and a final, thirty-second, monthly installment of $912.90 (the "Payments"). In the event of default, I have the right to retain any of the Settlement Amount received and commence with administration and liquidation of the Property. I anticipate that the Settlement Amount will allow me to provide a significant distribution to all allowed unsecured claims of the Estate.

4. The compromise reached by Debtor and I has been reduced to a written settlement agreement (the "Settlement Agreement"), a true and correct copy of which is attached to the Motion as Exhibit "1." In sum, the Settlement Agreement, which is subject to Bankruptcy Court approval upon notice to creditors, resolves the pending dispute concerning the claims in the my Complaint

---

[2] The capitalized terms used herein have the meaning ascribed to them in the Motion unless otherwise defined herein.

and the Estate's interest in the Property, the Vehicle and the Tax Refunds, and imbues the estate with a valuable asset.

5. On February 7, 2020, I filed an application to employ Rodeo Realty, Inc. (the "Broker") as my Broker to list and market the Property. On April 2, 2020, the Court entered an order approving the Broker's employment effective as of February 7, 2020. Upon the filing of the application to employ Broker, the Broker marketed the Property.

6. After seeking employment of the Broker and the Broker having marketed the Property, Debtor made a settlement offer to resolve the issues concerning, among other things, the Estate's interest in the Property and to avoid the sale of the Property.

7. Accordingly, I seek approval to pay the Broker $1,860 as commission for Broker's efforts marketing the Property, assisting Trustee with obtaining a settlement offer and adding value to the Estate. The proposed commission to be paid to the Broker is based upon 6% of the Settlement Amount attributable to the Property, $31,000.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of April 2020 at Los Angeles, California.

_____
NANCY J. ZAMORA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15545 Devonshire Street, Suite 110, Mission Hills, CA 91345

A true and correct copy of the foregoing document entitled (*specify*):

**SUPPLEMENT TO TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY BETWEEN NANCY J. ZAMORA, CHAPTER 7 TRUSTEE AND DEBTOR HAYDE RODRIGUEZ BARAHOA**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **04/03/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kevin T Simon    kevin@ktsimonlaw.com, SimonKR80921@notify.bestcase.com
Larry D Simons    larry@lsimonslaw.com, simonsecf@gmail.com;simonslr44533@notify.bestcase.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **04/03/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** Hayde Rodriguez Barahona, 8435 Burnet Avenue, Unit 203, North Hills, California 91343
LEA Accountancy LLP, 3435 Wilshire Blvd Ste. 990, Los Angeles, CA 90010

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/03/2020 | Karen Green | /s/ Karen Green |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:19-bk-12517-VK<br>Central District of California<br>San Fernando Valley<br>Fri Apr  3 11:02:02 PDT 2020 | ~~LEA Accountancy LLP~~<br>~~3435 Wilshire Blvd Ste 990~~<br>~~Los Angeles, CA 90010-1998~~ | ~~San Fernando Valley Division~~<br>~~21041 Burbank Blvd,~~<br>~~Woodland Hills, CA 91367-6606~~ |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Central Loan Admin & R<br>Po Box 77404<br>Ewing, NJ 08628-6404 | Citibank Na<br>Po Box 769006<br>San Antonio, TX 78245-9006 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citicards Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Citimortgage Inc<br>Po Box 6243<br>Sioux Falls, SD 57117-6243 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Kohls/capone<br>Po Box 3115<br>Milwaukee, WI 53201-3115 | Macys/dsnb<br>Po Box 8218<br>Mason, OH 45040-8218 | Sears/cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 |
| Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/living Spaces<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Toyota Motor Credit<br>111 W 22nd St<br>Oakbrook, IL 60521 | ~~United States Trustee (SV)~~<br>~~915 Wilshire Blvd, Suite 1850~~<br>~~Los Angeles, CA 90017-3560~~ | ~~Hayde Rodriguez Baramona~~<br>~~8435 Burnet Ave, Unit 203~~<br>~~North Hills, CA 91343-6653~~ |
| Kevin T Simon<br>Law Offices of Kevin T. Simon, APC<br>21241 Ventura Blvd.<br>Suite 253<br>Woodland Hills, CA 91364-2199 | ~~Nancy J Zamora (TR)~~<br>~~U.S. Bank Tower~~<br>~~633 West 5th Street, Suite 2600~~<br>~~Los Angeles, CA 90071-2053~~ | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Jpmcb Card<br>Po Box 15369<br>Wilmington, DE 19850 |